ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 10 2003
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNITED STATES OF AMERICA, *ex rel.* ANN GAY and JAYNE McCABE,

Plaintiffs,

v.

LINCOLN TECHNICAL INSTITUTE, INC.,

Defendant.

Civil Action No. 3:01-CV-505-K

**NOTICE OF FILING OF RECENT DECISION**

Defendant Lincoln Technical Institute, Inc. hereby gives notice of the filing and attaches for the record (in the Appendix hereto) the Final Judgment and Memorandum and Order entered on March 31, 2003 by the United States District Court for the Southern District of Texas, Houston Division, in *United States ex rel. Dan Graves and Susan Newman v. ITT Educational Services, Inc., Pricewaterhouse Coopers LLP, and Rene R. Champagne,* Civil Action No. H-99-3889, dismissing claims against an educational institution under the False Claims Act that are identical to those presented in the instant action before this Court. The close similarity between the *ITT* case in the Southern District and the instant action has been repeatedly acknowledged by both parties in their briefing before this Court on Defendant's pending motion for dismissal. *See* Plaintiffs' Opposition to Defendant's Motion to Dismiss the First Amended Complaint (appending as an exhibit and incorporating by reference a brief filed in the *ITT* case) (Docket

Nos. 43-45) and Defendant's Reply thereto (appending a brief responsive to Plaintiffs' Appendix) (Docket Nos. 56-57).

Dated: April 10, 2003

Respectfully submitted,

Stacy L. Brainin
Texas State Bar No. 02863075
Paul W. Searles
Texas State Bar No. 17956670

HAYNES AND BOONE, L.L.P.
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Telephone: (214) 651-5000
Facsimile: (214) 651-5940

ATTORNEYS FOR DEFENDANT
LINCOLN TECHNICAL INSTITUTE, INC.

Of Counsel:

Stanley A. Freeman
Edith S. Marshall
Powers Pyles Sutter & Verville, PC
Twelfth Floor
1875 Eye Street, NW
Washington, DC 20006
Telephone: (202) 466-6550
Facsimile: (202) 785-1756

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Notice of Filing of Recent Decision, and the Appendix thereto, was mailed by first class U.S. mail, postage prepaid, on this 10th day of April 2003 addressed as follows:

Scott D. Levy, Esq.
Law Offices of Scott D. Levy
4100 Greenbriar
Houston, Texas 77098

Thelma Quince Colbert
United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102

Paul W. Searles